**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| PAMELA PRICE,<br>    Plaintiff,<br><br>v.<br><br>ALLSTATE VEHICLE AND<br>PROPERTY INSURANCE COMPANY,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br>CIVIL ACTION NO. 3:16-CV-02907-N<br>JURY |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff Pamela Price and Defendant Allstate Vehicle and Property Insurance Company's Agreed Motion for Dismissal with Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against all Defendants are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS FURTHER ORDERED any relief not specifically granted herein is hereby denied.

Signed on this the 29th day of September, 2017.

_____
David C. Godbey
United States District Judge

**AGREED AS TO FORM AND CONTENT:**

*/s/ James M. McClenny\**
James M. McClenny
State Bar No. 24091857
J. Zachary Moseley
State Bar No. 24092863
Derek L. Fadner
State Bar No. 24100081
McCLENNY MOSELEY & ASSOCIATES, PLLC
411 N. Sam Houston Parkway E., Suite 200
Houston, Texas 77060
Principal Office No. 713-334-6121
Facsimile: 713-322-5953
Derek@mma-pllc.com
James@mma-pllc.com
Zach@mmaa-pllc.com

**ATTORNEYS FOR PLAINTIFF**

**\*signed with permission**


*/s/ Roger D. Higgins*
Roger D. Higgins
State Bar No. 09601500
rhiggins@thompsoncoe.com
Ashley B. Stainton
State Bar No. 24095731
astainton@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Telecopy:   (214) 871-8209

**ATTORNEYS FOR DEFENDANT**